1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GURVIR SINGH,

            Plaintiff,

    v.

LIBERTY GAS STATION; and DOES 1
through 10, inclusive,

            Defendants.

_____/

Case No.  1:15-cv-01718---SKO

**ORDER GRANTING PLAINTIFF'S REQUEST FOR THIRTY DAY CONTINUANCE TO FILE MOTION FOR DEFAULT JUDGMENT**

(Doc. 1)

      On November 12, 2015, Plaintiff Gurvir Singh ("Plaintiff") filed a complaint against Defendant Liberty Gas Station ("Defendant") in this Court.  (Doc. 1.)  Defendant having failed to timely file a responsive pleading, the Clerk of Court entered default against Defendant on January 11, 2016.  (Doc. 7; 9.)  On January 21, 2016, the Court vacated and reset the pending Case Management Conference and Scheduling Conferences for April 7, 2016, and ordered Plaintiff to file his motion for default judgment within twenty-one days.  (Doc. 10.)  On February 9, 2016, Plaintiff requested a thirty-day continuance for Plaintiff to file his motion for default, because Plaintiff's counsel has been in contact "with an attorney for Balbir Singh, the owner of the property where the incident took place" and "Mr. Singh is in the process of obtaining an attorney to defend the lawsuit."  (Doc. 11.)

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for a thirty day continuance to file his motion for default is GRANTED;

2.  Plaintiff shall file his motion for default judgment by no later than March 2, 2016; and

3.  The Scheduling Conference currently set for April 7, 2016, is VACATED and RESET for May 5, 2016, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **February 17, 2016**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE